**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,
*ex rel.* ALAN M. FREEDMAN, M.D.,

        Plaintiffs,

        v.                      CASE NO. 8:04-cv-933-T-24EAJ

JOSE SUAREZ-HOYOS, M.D.,
JOSE SUAREZ-HOYOS, M.D., P.A.,
INDEPENDENT CLINICAL LABORATORY
d/b/a/ TAMPA PATHOLOGY LABORATORY,
STEVEN JAY WASSERMAN, M.D.,
STEVEN JAY WASSERMAN, M.D., P.A., and
DERMATOLOGY INSTITUTE OF VENICE,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff, United States of America, defendants Steven Jay Wasserman, M.D., Steven Jay Wasserman, PA, and Steven Jay Wasserman, M.D., PL (collectively "Wasserman"), and Relator, Alan Freedman, M.D. (collectively, "the Parties"), stipulate and agree to entry of an Order of Dismissal with Prejudice as to the United States' and Relator's complaints, with each party to bear its own attorney's fees and court costs, except as otherwise provided in the Agreement. The United States reserves its right and Wasserman will not object, pursuant to the terms of the settlement agreement dated February 11, 2013, to reinitiate the lawsuit in the event of an un-cured default by Wasserman.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement between the Parties.

Dated: February 19, 2013

                                                                       Respectfully submitted,

/s/Kevin J. Darken  
KEVIN J. DARKEN  
Florida Bar No. 0090956  
The Cohen Law Group  
201 E. Kennedy Blvd., Suite 1000  
Tampa, Florida 33602  
Telephone:  (813) 225-1655  
kdarken@tampalawfirm.com

Counsel for Wasserman defendants

/s/ Jay Wolfson  
JAY WOLFSON  
Attorney and Counselor at Law  
Tampa, Florida 33694  
813-265-2250  
hlthlawyer@gmail.com

Counsel for the relator, Alan Freedman, MD

/s/ Lacy R. Harwell, Jr.  
LACY R. HARWELL, JR.  
Assistant United States Attorney  
Florida Bar No. 714623  
400 N Tampa St, Suite 3200  
Tampa, FL 33602  
(813) 274-6000  
Email: randy.harwell@usdoj.gov

/s/Jeffrey S. Gleason  
MICHAEL D. GRANSTON  
DANIEL R. ANDERSON  
JEFFREY S. GLEASON  
ELIZABETH W. YOUNG  
Attorneys, Civil Division  
United States Department of Justice  
P.O. Box 261, Ben Franklin Station  
Washington, D.C. 20044  
(202) 305-2068  
Email: jeffrey.s.gleason@usdoj.gov

Counsel for the United States

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February, 2013, a true and correct copy of the foregoing was filed using the Court's CM/ECF filing system, which will send an electronic notice of filing to the following:

Jay Wolfson
hthlawyer@gmail.com

Kevin Darken
kdarken@tampalawfirm.com

Barry Cohen
bcohen@tampalawfirm.com

 /s/Jeffrey S. Gleason
**JEFFREY S. GLEASON**
Trial Attorney